UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
ALBERT STARIKOV,

Debtor(s). /

Case no. 18-17959-BKC-LMI
Chapter 13

DAIMLER TRUST'S MOTION FOR RELIEF FROM STAY AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Daimler Trust (hereinafter Movant), pursuant to 11 U.S.C. 362(d)(1), moves for relief from the stay as follows:

1. On June 29, 2018, debtor(s) filed for relief under Chapter 13 of the Bankruptcy Code.

2. On June 25, 2016, debtor executed a lease agreement pertaining to the lease of a **2016 MERCEDES-BENZ SLK CLASS ROADSTER 2D SLK300 2.0L I4 TURBO, VIN WDDPK3JA5GF122187**. A copy of the lease is attached as Exhibit A.

3. Movant owns the vehicle. Proof of title is attached as Exhibit B.

4. Debtor defaulted by failing to remit the monthly payments on the account due for April 25, 2018 through June 25, 2018 in the amount of $524.99 each.

5. The payoff balance owed on this lease account is **$44,768.07**, as of July 20, 2018. These amounts exclude attorney fees and costs, purchase taxes and other lease end charges. An affidavit of indebtedness is attached as Exhibit C.

6. Counsel for Movant has contacted the debtor's attorney prior to the filing of the motion.

7. Debtor has yet to file a proposed plan.

8. Creditor does not have verifiable proof of insurance.

9. A proposed order is attached as Exhibit D.

**WHEREFORE**, Movant requests an order under section 362(d)(1) modifying the stay so that Movant may repossess or replevy the vehicle, sell the vehicle, and apply the proceeds of the sale to the debt owed to Movant, and determining that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and Movant may immediately enforce and implement the stay relief order.

**I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that on July 26, 2018, copies of the foregoing were transmitted via ECF to the Office of the US Trustee, Nancy K. Neidich, Trustee and Chad T. Van Horn, Esq., attorney for debtor; and mailed to Albert Starikov, debtor, 15901 Collins Ave, #3205, Sunny Isles Beach, FL 33160.

GERARD M. KOURI, JR., P.A.
Counsel for Daimler Trust
5311 King Arthur Avenue
Davie, FL 33331
Tel: (954) 862-1731, Fax (954) 862 1732

*/s/ Gerard M. Kouri, Jr.*
By: ______________________________
GERARD M. KOURI, JR., ESQ.
FBN 375969

[illegible]

**PENNSYLVANIA**
**Motor Vehicle Lease Agreement.**

**The First Class Lease®**

**Dates**

The date of this lease is 06/25/2016
The scheduled term of this lease is 36 months ("Lease Term").
The scheduled date this lease ends is 06/25/2019 ("Lease End").

**Type of Lease**

☒ Standard Lease ☐ Single Payment Lease

[illegible]

**Parties**

Lessor (Dealer): EURO MOTORCARS DEVON, INC.
Address: 214 W LANCASTER AVE, DEVON, PA 19333-1506
Lessee: ALBERT STARIKOV
Lessee: N/A
Lessee's Billing Address: 707 HOPKINS COURT, HOLLAND PA 18966 NORTHAMPTON

[illegible]

**Vehicle Information**

☒ New ☐ Pre-owned VIN WDDPK3JA5GF122187
2016 MERCEDES SLK300 — Year / Make / Model / Body Style / Odometer reading

Optional Factory Equipment: ☐ CD Player ☐ Telephone ☐ Other (please specify)

Primary Intended Use: ☒ Personal ☐ Business, Commercial, or Agricultural Purposes

[illegible]

[illegible]

**Consumer Leasing Act Disclosures**

| 1. Amount Due at Lease Signing or Delivery | 2. Monthly Payments | 3. Other Charges | 4. Total of Payments |
|---|---|---|---|
| $ 1630.69 | Your first Monthly Payment of $ 524.99 is due on 06/25/2016, followed by 35 payments of $ 524.99 due on the 25TH of each month. The total of your Monthly Payments is $18899.64 | a. Vehicle Turn-in Fee $ 595.00<br>b. N/A $ N/A<br>c. Total $ 595.00 | $ 20600.34 |

**5. Itemization of Amount Due at Lease Signing or Delivery**

a. Amount Due at Lease Signing or Delivery:

| | |
|---|---|
| 1. First Total Monthly Payment (includes sales/use taxes) | $ 524.99 |
| 2. Capitalized Cost Reduction | + $ 795.00 |
| 3. Acquisition Fee | + $ N/A |
| 4. Sales/Use Taxes | + $ N/A |
| 5. Refundable Security Deposit | + $ N/A |
| 6. Title Fees | + $ 51.00 |
| 7. License Fees | + $ N/A |
| 8. Registration Fees | + $ 48.15 |
| 9. PA TIRE TAX | + $ 5.00 |
| 10. DOCUMENT FEE | + $ 135.00 |
| 11. Cap Cost Red Tax | + $ 71.55 |
| 12. | + $ N/A |
| 13. Total | = $ 1630.69 |

b. How the Amount Due at Lease Signing or Delivery will be paid:

| | |
|---|---|
| 1. Net Trade-in Allowance | $ 0.00 |
| 2. Rebates and noncash credits | + $ N/A |
| 3. Amount to be paid in cash | + $ 1630.69 |
| 4. N/A | + $ N/A |
| 5. Total | = $ 1630.69 |

**6. Your monthly payment is determined as shown below:**

| | |
|---|---|
| a. Gross Capitalized Cost (vehicle $50780.00) [illegible] | $ 51875.00 |
| b. Capitalized Cost Reduction [illegible] | - $ 795.00 |
| c. Adjusted Capitalized Cost [illegible] | = $ 51080.00 |
| d. Residual Value [illegible] | - $ 36288.60 |
| e. Depreciation and any amortized amounts [illegible] | = $ 14791.40 |
| f. Rent Charge [illegible] | + $ 2547.64 |
| g. Total of Base Monthly Payments [illegible] | = $ 17339.04 |
| h. Lease Payments | ÷ 36 |
| i. Base Monthly Payment | = $ 481.64 |
| j. Monthly Sales/Use Taxes | + $ 43.35 |
| k. N/A | + $ N/A |
| l. Total Monthly Payment | = $ 524.99 |

**7. Early Termination.** [illegible]

**8. Excessive Wear and Use.** [illegible] 22,500 miles [illegible] 0.25 per mile.

**9. Purchase Option at End of Lease Term.** [illegible] $ 36288.60, plus a Purchase Option Fee of $ 150.00, plus a processing fee of $ N/A, [illegible]

**10. Other Important Terms.** [illegible]

**11. Itemization of Gross Capitalized Cost**

| | |
|---|---|
| a. Price of Vehicle | $ 50780.00 |
| b. Approved Dealer Installed Equipment | $ N/A |
| c. Service Contract | $ N/A |
| d. Extended Warranty | $ N/A |
| e. Credit Life and/or Credit Disability Premium | $ N/A |
| f. [illegible] | $ N/A |
| g. Acquisition Fee | $ 1095.00 |
| h. [illegible] | $ N/A |
| i. [illegible] | $ N/A |
| j. N/A | $ N/A |
| k. N/A | $ N/A |
| l. N/A | $ N/A |
| m. N/A | $ N/A |
| n. N/A | $ N/A |
| o. Total Gross Capitalized Cost | $ 51875.00 |

**12. Estimated Official Fees and Taxes**

[illegible] $ 1712.30 [illegible]

**13. Mileage Allowance**

[illegible] 22,500 [illegible] .25 [illegible]

**14. Missing Records**

[illegible] $ N/A

**15. New and Pre-owned Vehicle Warranty**

[illegible]

☐ [illegible]
☐ [illegible]
☐ [illegible]

[illegible]

**16. Optional Insurance and Other Products**

[illegible]

☐ Credit Life Provider N/A
Initial Coverage $ N/A Prem. $ N/A
Lessee/Co-Lessee Initials N/A
☐ Credit Disability Provider N/A
Maximum Mo. Benefit $ N/A Prem. $ N/A
Lessee/Co-Lessee Initials N/A
☐ Service Agreement Provider N/A
Coverage is for N/A months or N/A miles
Premium or charge $ N/A Lessee/Co-Lessee Initials N/A
☐ Extended Warranty Provider N/A
Coverage is for N/A months or N/A miles
Premium or charge N/A Lessee/Co-Lessee Initials N/A

ADDITIONAL DISCLOSURES REQUIRED BY PENNSYLVANIA LAW. If you do not meet your contract obligations, you may lose the vehicle.

**Notices/Signatures**

NOTICE TO LESSEE: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT. (2) YOU ARE ENTITLED TO A COPY OF THIS AGREEMENT.

**LESSEE**

[illegible]

**GUARANTY**

[illegible]

**LESSOR SIGNATURE AND ASSIGNMENT**

[illegible]

BUSINESS MANAGER

NOTICE: SEE OTHER SIDE FOR IMPORTANT INFORMATION.

THE ADDITIONAL TERMS AND CONDITIONS ON THE REVERSE SIDE ARE A PART OF THIS LEASE.

**AUTO PAY ACH AUTHORIZATION**

[illegible]

Exhibit A

MBFS - ORIGINAL CUSTOMER - BLUE DEALER - YELLOW FILING - GREEN

**17. Maintenance**

[illegible]

**18. Prohibited Uses of Vehicle**

[illegible]

**19. Vehicle Insurance**

[illegible]

**20. Total Vehicle Loss/Gap Waiver**

[illegible]

**21. Purchase Option**

[illegible]

**22. Return of Vehicle**

[illegible]

**23. Default**

[illegible]

**24. Interest on Unpaid Amounts**

[illegible]

**25. Assignment and True Lease**

[illegible]

**26. Late Charges/Returned Payment and Other Fees/Fines and Tickets**

[illegible]

**27. Indemnification**

[illegible]

**28. Notices/General**

[illegible]

**29. Refundable Security Deposit**

[illegible]

**30. Modification**

[illegible]

**31. Enforceability**

[illegible]

**32. Delivery**

[illegible]

**33. Payment Obligations**

[illegible]

**34. Taxes, Registration and Titling**

[illegible]

**35. Security Interest**

[illegible]

**36. Power of Attorney**

[illegible]

**37. Arbitration**

[illegible]

**VEHICLE LOCATION CONSENT**

[illegible]

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

2,036

FUEL TYPE: GASOLINE

16203999006628-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| WDDPK3JA5GF122187 | 2016 | MERCEDES BENZ | 76311707201 DA |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD DATE | ODOM MILES | ODOM STATUS |
|---|---|---|---|---|---|---|
| CONV | 0 | | | 7/07/16 | 000100 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 7/07/16 | 7/07/16 | | | | |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD FOR NON-U S DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

Commonwealth of Pennsylvania Department of Transportation

REGISTERED OWNER(S)

DAIMLER TRUST
13650 HERITAGE PARKWAY
1ST FLOOR
FORT WORTH TX 76177

FIRST LIEN FAVOR OF

DAIMLER TITLE CO

SECOND LIEN FAVOR OF

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Certificate of Title to the Bureau of Motor Vehicles with the appropriate form and fee

FIRST LIEN RELEASED ________ DATE

BY ________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ________ DATE

BY ________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

DAIMLER TITLE CO
PO BOX 997545
SACRAMENTO CA 95899

pennsylvania
DEPARTMENT OF TRANSPORTATION

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle

LESLIE S. RICHARDS
Secretary of Transportation

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

TO BE COMPLETED BY PURCHASER WHEN VEHICLE IS SOLD AND THE APPROPRIATE SECTIONS ON THE REVERSE SIDE OF THIS DOCUMENT ARE COMPLETED.

SUBSCRIBED AND SWORN TO BEFORE ME
MO DAY YEAR

SIGNATURE OF PERSON ADMINISTERING OATH

STAMP OR SEAL

SIGN IN PRESENCE OF A NOTARY

The undersigned hereby makes application for Certificate of Title to the vehicle described above, subject to the encumbrances and other legal claims set forth here

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

SIGNATURE OF CO-APPLICANT/TITLE OF AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (on death of one owner, title goes to surviving owner) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (on death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER.

1ST LIENHOLDER NAME

STREET

CITY STATE ZIP

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER

2ND LIENHOLDER NAME

STREET

CITY STATE ZIP

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

DO NOT ACCEPT DOCUMENT WITHOUT VERIFYING THE PRESENCE OF THE LIBERTY BELL WATERMARK

64570277

Exhibit B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Albert Starikov,

Debtor(s)

Case No. 18-17959

Chapter 13

**AFFIDAVIT OF INDEBTEDNESS IN SUPPORT OF DAIMLER TRUST'S MOTION FOR RELIEF FROM STAY**

Before me, the undersigned authority, personally appeared ,

who, being duly sworn, deposes and says:

1. I am Erica Salinas . I am employed as a Bankruptcy Specialist by Daimler Trust ("Creditor").

2. This affidavit is based upon Creditor's loan payment records as of July 20, 2018. These records are regularly maintained in the course of business of Creditor and it is the regular practice of Creditor to make and maintain these records. These records reflect loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records for Creditor and regularly use and rely upon them in the performance of my duties.

3. Debtor maintains a lease, account number XXXX1001, with Creditor. Creditor holds an ownership interest in the following property:

**2016 MERCEDES-BENZ SLK300, VIN WDDPK3JA5GF122187**

4. The payments on this lease account, due for 4/25/2018 to 06/25/18, in the amount of $524.99 each, have not been received by Creditor.

Exhibit C

5. The payoff balance owed on this lease account is $44,768.07, as of July 20, 2018, excluding attorney fees and costs.

6. Creditor does not have current verifiable proof of collision and comprehensive insurance covering the vehicle.

7. The contract and proof of title attached to this motion as exhibits are true and accurate copies of the original documents.

8. This concludes my affidavit.

Erica Salinas

Erica Salinas, Bankruptcy Specialist

**SWORN TO AND SUBSCRIBED TO** before me under penalty of perjury as being true and correct based on the personal knowledge of Creditor's books and business records this 24th day of July, 2018, by Erica Salinas, who is personally known to me.

NOTARY PUBLIC:

Sign: [signature]

Print: Jennifer Montiel

State of Texas at Large

My Commission Expires: 8-22-18

JENNIFER MONTIEL
Notary Public, State of Texas
My Commission Expires
August 22, 2018

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:
ALBERT STARIKOV,

Debtor(s). /

Case no. 18-17959-BKC-LMI
Chapter 13

ORDER GRANTING DAIMLER TRUST RELIEF FROM STAY

**THIS CAUSE** came before the Court on xxx, 2018 at xxx p.m. on Daimler Trust's Motion for Relief from Stay (DE #XX). Upon consideration of the motion and the record, it is

**ORDERED** that:

1. The Motion for Relief from Stay filed by Daimler Trust (hereinafter Movant) is GRANTED and the stay imposed pursuant to 11 U.S.C. Section 362 is modified so as to allow Movant to repossess or replevy the **2016 MERCEDES-BENZ SLK CLASS ROADSTER**

Exhibit D

**2D SLK300 2.0L I4 TURBO, VIN WDDPK3JA5GF122187,** to sell the vehicle, to apply the proceeds of the sale of the vehicle to the amount owed to Movant.

2. The stay is modified for the purpose of allowing Movant to obtain and sell the vehicle and to apply the proceeds of the sale to the indebtedness owed to Movant or to proceed in a Court of competent jurisdiction for the sole purpose of seeking in rem remedies. Movant shall not seek nor obtain any in personam judgment against the debtor(s).

3. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Movant may immediately enforce and implement this order granting relief from the automatic stay.

###

Copies furnished via ECF to:
Gerard M. Kouri, Jr., Esq., counsel for Movant
Office of the US Trustee
Nancy K. Neidich, Trustee
Chad T. Van Horn, Esq., attorneys for debtor

Attorney Kouri is directed to mail a conformed copy of this Order to Albert Starikov, debtor, immediately upon receipt of this Order and shall file a certificate of service with the Clerk of the Court.

Submitted by:
GERARD M. KOURI, JR., P.A.
5311 King Arthur Ave, Davie, FL 33331
Tel (954) 862-1731; Fax (954) 862-1732
Email: gmkouripaecf@gmail.com