CGFD33 (10/01/16)



ORDERED in the Southern District of Florida on November 28, 2018

**Laurel M Isicoff**
Chief United States Bankruptcy Judge

## United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18–17959–LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Albert Starikov
15901 Collins Ave
# 3205
Sunny Isles Beach, FL 33160–4154

SSN: xxx–xx–2056

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

An order dismissing the above named case has been entered. The trustee, Nancy K. Neidich, having filed a final report, is discharged and this case is closed.

### # # #